**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Marino SANCHEZ, Defendant–Appellant.**

No. 05–51048.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Nov. 9, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Donna F. Coltharp, San Antonio, TX, for Defendant–Appellant.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before REAVLEY, GARZA, and
BENAVIDES, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal
Case, Marino Sanchez raises arguments
that are foreclosed by *Almendarez–Torres
v. United States,* 523 U.S. 224, 235, 118
S.Ct. 1219, 140 L.Ed.2d 350 (1998), which
held that a prior conviction is a sentencing
factor under 8 U.S.C. § 1326(b)(2) and not
a separate criminal offense. The Govern-
ment's motion for summary affirmance is
GRANTED, and the judgment of the dis-
trict court is AFFIRMED.

Before REAVLEY, GARZA, and
BENAVIDES, Circuit Judges.

Appealing the Judgment in a Criminal
Case, Jesus Jose Gonzalez–Barroza raises
arguments that are foreclosed by *Almen-
darez–Torres v. United States,* 523 U.S.
224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350
(1998), which held that a prior conviction is
a sentencing factor under 8 U.S.C.
§ 1326(b)(2) and not a separate criminal
offense. The Government's motion for
summary affirmance is GRANTED, and
the judgment of the district court is AF-
FIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

